

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00031-CV

———————————————

IN RE MILTON FABER, Relator

---

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-321452-20

---

Before Wallach, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real parties in interests' responses, relator's reply, and real party in interest's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: February 17, 2022